### FRANK COLE v. STATE.

No. A-2032. Opinion Filed September 5, 1914.

Appeal from County Court, Pottawatomie County;

Hal Johnson, Judge.

Frank Cole was convicted of selling intoxicating liquor, and appeals. Affirmed.

Pitman & Goode, for plaintiff in error.

C. J. Davenport, Asst. Atty. Gen., for the State.

PER CURIAM  Plaintiff in error, Frank Cole, was convicted at the January, 1913, term of the county court of Pottawatomie county, on a charge of selling intoxicating liquors, and his punishment fixed at a fine of fifty dollars and imprisonment in the county jail for a period of thirty days. Upon a careful and deliberate reading of this record and briefs of both parties, we are unable to conclude that this judgment should be reversed. It is, therefore, affirmed.